**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6947**

---

MARY D. PETERS,

Petitioner - Appellant,

versus

CHARLES MOLONY CONDON; DIRECTOR BEAUFORT
COUNTY DETENTION CENTER,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Solomon Blatt, Jr., Senior District
Judge. (CA-99-2716-2-8)

---

Submitted: February 22, 2001      Decided: February 28, 2001

---

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Mary D. Peters, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mary D. Peters appeals the district court's order denying relief on her 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. Peters v. Condon, No. CA-99-2716-2-8 (D.S.C. July 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2